IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES FIRE INSURANCE
COMPANY,

    Plaintiff,

v.                                                         Case No. 2:23-cv-02307-MSN-cgc

JONATHAN LOGAN and
YOLANDA LOGAN,

    Defendants.

---

### JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed May 15, 2023.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice and Stipulation of Dismissal (ECF No. 32), filed September 12, 2025, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

September 22, 2025
Date